RENEE SCIARA et al., Respondents, v SURGICAL ASSOCIATES OF WESTERN NEW YORK, P.C., et al., Respondents. USHA CHOPRA, M.D., Nonparty Appellant.

Submitted December 1, 2014; decided January 8, 2015

Motion by nonparty appellant for permission to withdraw the appeal granted and appeal marked withdrawn. Motion for the imposition of sanctions denied.

SEAN R., Appellant, v BMW OF NORTH AMERICA, LLC, et al., Respondents.

Submitted December 22, 2014; decided January 8, 2015

Motion by American Association for Justice for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

JOHN STEFATOS, Appellant, et al., Plaintiff, v FRED-DOUG MANAGER, LLC, et al., Respondents.

Submitted December 1, 2014; decided January 8, 2015

Motion, treated as a motion for reargument of appellant's previous motion for leave to appeal which was denied with $100 costs and necessary reproduction disbursements, denied [see 24 NY3d 908 (2014)].